UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SUNNOVA ENERGY CORPORATION, | § § | |
| Plaintiff | § § | |
| vs. | § § | Case No.  1:23-cv-00435-LY |
| VISION SOLAR LLC, | § § | |
| Defendant. | § § | |

### [PROPOSED] FINAL JUDGMENT AGAINST VISION SOLAR

Before the Court is Plaintiff Sunnova Energy Corporation's ("Sunnova") Motion for Default Judgment against defendant Vision Solar LLC ("Vision Solar").  The Court, having reviewed the Motion for Default Judgment, any objections, responses, or replies thereto, the evidence and materials in the record, and the arguments of counsel, is of the opinion that Sunnova's Motion for Default Judgment against Vision Solar should be and hereby is GRANTED in all respects.

IT IS THEREFORE ORDERED that Sunnova's Motion for Default Judgment against Vision Solar is GRANTED in all respects and that JUDGMENT is hereby accordingly entered against Vision Solar pursuant to Federal Rule of Civil Procedure 55(b)(2).

Also pending before the Court is Sunnova's motion for attorneys' fees and costs.  Having considered the motion, the applicable law, the arguments of counsel, if any, and all other supporting and opposing papers, the Court is of the opinion that Sunnova's motion for attorneys' fees and costs should be GRANTED.

IT IS FURTHER ORDERED that in accordance with the Default Judgment granted above and Sunnova's Motion for Attorneys' Fees and Costs granted above, Sunnova shall, and hereby does, have JUDGMENT against Vision Solar for:

(a) $670,608.88, representing the goods Vision Solar received and did not pay for;

(b) prejudgment interest at the rate of 8.25% per year simple interest on the $670,608.88 in actual damages, calculated starting on April 19, 2023 and continuing through the date prior to the entry of this Judgment, for a total prejudgment interest award of $_____;

(c) post-judgment interest at the rate of ___% compounded annually, from the date of judgment until paid, for which amount execution may issue;

(d) $34,648.70 in attorneys' fees and costs incurred in the prosecution of this case against Vision Solar;

(e) Taxable costs of court;

(f) an additional $125,000 in attorneys' fees if Vision Solar appeals this matter to the United States Court of Appeals for the Fifth Circuit;

(g) $35,000 should a party file a motion for rehearing;

(h) $125,000 should the matter be set for rehearing en banc; and

(i) $75,000 should a Petition for Certiorari be filed in the United States Supreme Court, if the United States Supreme Court requests a response.

SIGNED the __ day of _____ 2023.

_____
JUDGE PRESIDING